```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                      AT CHARLESTON
```

**KATRINA WHITT and**
**IKIE ESTEPP,**

    **Plaintiffs,**

**v.**                                           **CIVIL ACTION NO. 2:09-0707**

**JOHN DOE and FEARLESS**
**LEASING, INC.,**

    **Defendants.**

## MEMORANDUM OPINION AND ORDER

    In the court's Memorandum Opinion and Order of November 16, 2009, the court noted that no claims are asserted in this matter by plaintiff Ikie Estepp, and directed plaintiffs to submit no later than November 30, 2009, any objections they may have to Mr. Estepp's termination from this action. Having received no such objections, the court **DIRECTS** the Clerk to remove Mr. Estepp as a party to this action.

    The Clerk is directed to send copies of this Memorandum Opinion and Order to counsel of record.

    It is **SO ORDERED** this 1st day of February, 2010.

                                                  ENTER:

                                                  David A. Faber
                                                  Senior United States District Judge